IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


GARY LEE WHEELER, JR.                                                    PLAINTIFF

        v.                              Civil No.  11-2002

DR. TINSMAN, Jail Doctor,
Sebastian County Detention Center;
CAPTAIN CONGER, Sebastian
County Detention Center; and
SHERIFF FRANK ATKINSON                                                   DEFENDANTS


**ORDER**

        Plaintiff has filed a motion (Doc. 19) asking the Court to reconsider its order (Doc. 18)

entered on September 12, 2011, giving Defendants an extension time to file their summary

judgment motion.   Plaintiff states he believes the Defendants have had ample time to file their

summary judgment motion. The motion to reconsider (Doc. 19) is denied. The Court has a great

deal of discretion in allowing extensions of time.

        Defendants have filed a motion for substitution of counsel (Doc. 20).  They ask that Jason

E. Owens be substituted as their attorney in place of Angela R. Echols.  The motion (Doc. 20)

is granted.  **The Clerk is directed to note these changes on the docket sheet.**

        IT IS SO ORDERED this 14th day of November 2011.

                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)