IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY LEE WHEELER, JR.                                                                      PLAINTIFF

v.                                    Case No. 2:11-CV-02002

DR. TINSMAN, Jail Doctor, Sebastian County
Detention Center; CAPTAIN CONGER,
Sebastian County Detention Center; SHERIFF
FRANK ATKINSON, Sebastian County; and
NURSE LAURA AQUIRE, all in their official
capacities only                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 7th day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE